IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| SYMANTHA REED, CHARLES GOEZ, JAMES SPAULDING, GARY CRAWFORD, WENDY WHARTON, and MICHELLE WHITEHEAD,<br><br>  Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC.,<br><br>  Defendant. | Case 1:21-cv-01155-STA-jay |

## ORDER GRANTING MOTION TO INTERVENE

The State of Tennessee has moved to intervene in this case pursuant to Federal Rule of Civil Procedure 5.1(c) for the limited purpose of defending the constitutionality of the Tennessee Human Rights Act, Tenn. Code Ann. §§ 4-21-101 to 4-21-607; the Tennessee Disability Act, Tenn. Code Ann. §§ 8-50-103 to -104; and Tenn. Code Ann. §§ 14-1-101 to 14-6-105, which Defendant has challenged. (ECF No. 46.) For good cause shown, the State's Motion is **GRANTED**. The State of Tennessee is hereby joined as an intervenor in this matter for the above-mentioned limited purpose.

  IT IS SO ORDERED.

                **s/ S. Thomas Anderson**
                S. THOMAS ANDERSON
                CHIEF UNITED STATES DISTRICT JUDGE

                Date: September 12, 2022